UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM RANKO,

           Plaintiff,

  v.

GULF MARINE PRODUCTS CO INC, et al.,

           Defendants.

C20-768 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed the parties' Joint Status Report, docket no. 19, the parties are hereby DIRECTED to meet and confer and to file a supplemental Joint Status Report within thirty (30) days of the date of this Minute Order.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 28th day of September, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1